IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

WILLIE C. CARPENTER,

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

Petitioner,

v.

CASE NO. 1D15-5753

STATE OF FLORIDA,

Respondent.

_____/

Opinion filed April 29, 2016.

Petition for Writ of Mandamus -- Original Jurisdiction.

Willie C. Carpenter, pro se, Petitioner.

Pamela Jo Bondi, Attorney General, and Trisha Meggs Pate, Bureau Chief,
Tallahassee, for Respondent.

PER CURIAM.

This pro se petition for writ of mandamus seeks to compel a ruling on a motion

for postconviction relief. Because the circuit court has recently directed the State

Attorney to file a response to the pending motion, we deny the petition for writ of mandamus. We encourage the circuit court to continue its efforts to expeditiously dispose of the motion pending below. Wilson v. State, 775 So. 2d 1003 (Fla. 1st DCA 2001).

ROBERTS, C.J., LEWIS and RAY, JJ., CONCUR.